IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40423
Summary Calendar
_____

BERTRAND BROWN; ET AL

                 Plaintiffs

BERTRAND BROWN

                 Plaintiff - Appellant

     v.

JAMES A. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION

                 Defendant - Appellee

                 --------------------
       Appeal from the United States District Court
              for the Eastern District of Texas
                    USDC No. 1:95-CV-428
                 --------------------
                    July 18, 2000

Before KING, Chief Judge, and JOLLY and PARKER, Circuit Judges.

PER CURIAM:[*]

     Bertrand Brown, Texas state prisoner #296134, appeals from
the district court's dismissal of his civil rights complaint
without prejudice.  He argues that the district court erred by
dismissing his civil rights complaint without prejudice based
merely upon the number of defendants named and claims raised in
the suit and that the district court abused its discretion by
denying his motion for the appointment of counsel.  We have

_____

     [*]   Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

reviewed the record and find no reversible error. Brown has not

shown that the district court erred by dismissing his civil

rights complaint without prejudice, and he has shown no

exceptional circumstances warranting the appointment of counsel.

See Ulmer v. Chancellor, 691 F.2d 209, 212 (5th Cir. 1982).

Finally, because Brown has not adequately briefed his claims that

the district court erred by ordering him to pay a $26.97 initial

partial filing fee and by denying his motion for a temporary

restraining order, these claims are deemed abandoned on appeal

and are therefore not considered by this court. Accordingly, the

judgment of the district court is AFFIRMED.

AFFIRMED.